*Court of Appeals*
*Fourth Court of Appeals District of Texas*



## MEMORANDUM OPINION

No. 04-11-00593-CV

The **CITY OF SAN ANTONIO**,
Appellant

v.

The **SAN ANTONIO CONSERVATION SOCIETY** and
The San Antonio Conservation Society Foundation,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08390
Honorable Renée F. McElhaney, Judge Presiding

PER CURIAM

Sitting: Rebecca Simmons, Justice
    Steven C. Hilbig, Justice
    Marialyn Barnard, Justice

Delivered and Filed:  January 25, 2012

DISMISSED

In the underlying suit, the trial court denied in part the City of San Antonio's plea to the jurisdiction and this interlocutory appeal followed.  On appeal, the parties have filed a joint motion to dismiss.  Their motion states they have reached an agreement to settle and compromise their differences and they ask this court to dismiss this appeal with prejudice.  The parties' joint motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(2).  In accordance

with the parties' agreement, costs of court for this appeal are taxed against Appellant and each party shall bear its own attorney's fees. *See id.* R. 42.1(d).

PER CURIAM